# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: WAYNE J. FRITZ                    §    Case No. 09-72487
      KARI D. FRITZ                       §
                                          §
      Debtors                             §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/17/2009.

2) The plan was confirmed on 08/14/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/06/2010, 07/09/2010.

5) The case was dismissed on 08/13/2010.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,365.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Case 09-72487    Doc 33    Filed 10/21/10    Entered 10/21/10 11:16:17    Desc Main
                  Document      Page 2 of 6

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 2,480.67 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 2,480.67 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,308.63 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 172.04 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,480.67 |
| Attorney fees paid and disclosed by debtor: | $ 646.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BOHLMAN LAW OFFICES, P.C. | Lgl | 646.00 | 3,500.00 | 3,500.00 | 2,308.63 | 0.00 |
| AAMS LLC | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS RECOVERY NETW | Uns | 309.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| AVON PRODUCTS INC | Uns | 187.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Uns | 40.20 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 435.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HEALTH SYSTEM | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| CHECK RECOVERY SYSTEMS | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS PHYSICIAN GROUP PC | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 1,000.00 | 2,029.53 | 2,029.53 | 0.00 | 0.00 |
| COMED | Uns | 1,348.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA CREDIT | Uns | 1,474.00 | 1,472.88 | 1,472.88 | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 235.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECT ASSOC | Uns | 228.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Uns | 731.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF MARIN / | Uns | 685.00 | NA | NA | 0.00 | 0.00 |
| GREATER NORTHWEST MEDICAL | Uns | 132.00 | NA | NA | 0.00 | 0.00 |
| GROOT INDUSTRIES | Uns | 343.00 | NA | NA | 0.00 | 0.00 |
| H & F LAW | Uns | 179.00 | NA | NA | 0.00 | 0.00 |
| HARRISON ELEMENTARY SCHOOL | Uns | 330.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FIN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FIN | Uns | 673.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Uns | 406.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOAN | Uns | 502.00 | NA | NA | 0.00 | 0.00 |
| KEYFINSERV | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| KEYFINSERV | Uns | 393.00 | NA | NA | 0.00 | 0.00 |
| LTD COMMODITIES LLC | Uns | 322.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY HS WEST CAMPUS | Uns | 237.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGY & IMAGING | Uns | 39.00 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 6,300.00 | NA | NA | 0.00 | 0.00 |
| MHS PHYSICIAN SERVICES | Uns | 369.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| MORENGO DISPOSAL CO | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 131.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 131.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NCO - MEDCLR | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 308.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 131.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 805.00 | NA | NA | 0.00 | 0.00 |
| NUVELL FINANCIAL | Uns | 2,158.00 | NA | NA | 0.00 | 0.00 |
| OUTREACH MARKETING INC | Uns | 33.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Uns | 1,400.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERIES | Uns | 583.00 | NA | NA | 0.00 | 0.00 |
| POST UNIVERSITY | Uns | 6,125.00 | 6,216.88 | 6,216.88 | 0.00 | 0.00 |
| SPRINT.NEXTEL - DISTRIBUTIONS | Uns | 189.00 | 188.96 | 188.96 | 0.00 | 0.00 |
| SST / REMARK | Uns | 15,149.00 | NA | NA | 0.00 | 0.00 |
| UNITED CRDT | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| UNITED CRDT | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| AFNI/VERIZON | Uns | 192.00 | 437.27 | 437.27 | 0.00 | 0.00 |
| VERIZON WIRELESS DEPT | Uns | 292.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS DEPT | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WONDER LAKE | Uns | 630.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 4,000.00 | 8,117.62 | 8,117.62 | 0.00 | 0.00 |
| WACHOVIA EDUCATION FIN | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 0.00 | 730.57 | 730.57 | 0.00 | 0.00 |
| WONDERWAVE.NET | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| WOODSTOCK EARLY LEARNING | Uns | 401.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 582.63 | 582.63 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 435.11 | 435.11 | 0.00 | 0.00 |
| BEAUTICONTROL | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| READER SERVICE | Uns | 17.22 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 758.18 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 20,211.45 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,480.67 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 2,480.67 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 10/19/2010        By: /s/ Lydia S. Meyer
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)